No. 21,629.

THE STATE OF KANSAS, *Appellee,* V. WILLIAM EWING,
*Appellant.*

SYLLABUS BY THE COURT.

STATUTORY RAPE—*Assignments of Error Ill-founded.* Assignments of
error relating to evidence and instructions considered, and held to be ill-
founded.

Appeal from Riley district court; FRED R. SMITH, judge.
Opinion filed July 6, 1918. Affirmed.

*E. M. Brunner,* of Wamego, for the appellant.

*S. M. Brewster,* attorney-general, *Hal E. Harlan,* county
attorney, and *A. M. Johnston,* of Manhattan, for the appellee.

The opinion of the court was delivered by

BURCH, J.: The defendant was convicted of statutory rape,
and appeals.

The evidence, which will not be recited, was sufficient to
establish all the necessary elements of the crime. Testimony of
other acts was properly allowed to stand, as showing the re-
lations existing between the parties and their disposition to-
ward each other. Other testimony complained of was properly
admitted.

There was both direct and circumstantial evidence tending
to establish guilt. While the instruction relating to conviction
on circumstantial evidence alone might properly have been
omitted, it did not prejudice the defendant to give it. When
all the instructions are read together, as they must be, none
of them is open to the charge of indefiniteness or incomplete-
ness. Failure of the complaining witness to make prompt out-
cry or complaint merely tends to show consent, or lack of the
use of outraging force, and is not of sufficient importance to be
made the subject of a special instruction in a case of statutory
rape. An instruction on the subject of attempt was waived
by failure to request it, was not pertinent to the evidence, and
became immaterial when the jury found the defendant guilty
of the completed offense on satisfying evidence.

The judgment of the district court is affirmed.